AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Dec 12, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>Jack Matthew Propeck<br><br>*Defendant(s)* | Case No. 6:25-mj-00056-HBK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8th 2025__ in the county of __Mariposa__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 36 CFR 2.17 (a) (3) | 36 CFR § 2.17(a)(3) Delivering or retrieving a person or object by parachute, helicopter, or other airborne means, except in emergencies involving public safety or serious property loss, or pursuant to the terms and conditions of a permit |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Cody Hays
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1.

Date: December 12, 2025

*Judge's signature*

City and state: Yosemite, Ca

Helena M. Barch-Kuchta US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### BACKGROUND OF AFFIANT

1. I, Cody Hays, further state, I am a Law Enforcement Officer ("Officer"), employed by the National Park Service ("NPS"). I have worked in Yosemite National Park as a Law Enforcement Officer since 2022. I have completed the Federal Law Enforcement Training Centers' Land Management Police Training, a 17-week training. I am a nationally registered Advanced EMT (A-EMT) expanded scope as a "Parkmedic". I have investigated numerous acts of disorderly conduct, assaults, driving under the influence of alcohol/drugs, fighting, and domestic violence. I have also investigated several cases involving crimes being posted to social media. I have lived and worked in Yosemite National Park for 9 years, in a variety of roles to protect and preserve Yosemite's resources, visitors and community members.

2. The facts of this criminal complaint are based on my personal observations, on my training and experience, as well as my consultation with other LEOs. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

### JURISDICTION

3. The facts set forth in this criminal complaint occurred October 8th 2025, within the geographic boundaries of Yosemite National Park, California. Yosemite National Park is an area of federally owned public land administered by the NPS. Yosemite National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States

defined" and by Title 16 U.S.C. § 57: "Yosemite and Sequoia National Parks; exclusive jurisdiction of United States."

4. Yosemite National Park is located within Mariposa, Madera, Mono and Tuolumne Counties, all of which are located within the Eastern District of California.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that Jack Matthew Propeck (PROPECK) violated the following laws of the United States on October 8th 2025 within Yosemite National Park:

   a. *36 CFR § 2.17(a)(3) Delivering or retrieving a person or object by parachute, helicopter, or other airborne means, except in emergencies involving public safety or serious property loss, or pursuant to the terms and conditions of a permit.*

## PROBABLE CAUSE

6. I, Officer Hays, on Tuesday October 14th, 2025, was forwarded a tip from the NPS tip line about an individual BASE jumping in Yosemite National Park. The tip included screen shots from an Instagram video of an individual base jumping off Glacier Point. The tip was submitted on October 10th, 2025, at approximately 1553 hours.

7. On October 8th, 2025, at approximately 12:30 PM an Instagram user with username @jack_propeck (Profile ID#19320064) posted a video to Instagram of an individual jumping off Glacier Point in Yosemite National Park and using a parachute to land safely, this activity is commonly referred to as "BASE jumping". Instagram video ID #DPj1tY_AV15.

PAGE 2 OF 6

8. The video shows an individual running off a cliff (Glacier Point) and free falling through the air above Yosemite Valley. The video pans to the individual's face before and as he deploys a parachute.

9. I recognized the site that the individual jumps from as Glacier Point, a viewpoint within Yosemite National Park. I recognized it based on my numerous visits and patrols of the area. In the start of the video, the individual runs off a rock that runs between the railings of the viewpoint and the viewshed from Glacier point shows North Dome and Washington Column. Based on the angle of the sunlight hitting the topography in the background, it appears to be early in the morning, just following sunrise. Sunrise and sunset is a common time for BASE jumpers to jump because, less people are around, jumpers are more difficult to see and harder to catch.

10. The video was captioned "track like you mean it" The comments of the video includes many asking about the legality of BASE Jumping in Yosemite. @dieselpunk_cummins asked, "How much was the attorney fees?" @jack_propeck replied "I have a permit". Yosemite National Park does not issue permits for BASE jumping.

11. PROPECK's Instagram profile is filled with numerous videos of him BASE jumping and skydiving in numerous locations across the world. The Glacier Point video was also posted to Facebook.com on a profile under the same name, Jack Propeck (Facebook account ID#100001478178068).

12. In video posted by @jack_propeck on August 6th 2025 captioned "My 1000th BASE jump. 3 kinds of suits, 2 exits, 3 beer swoop n chugg, great friends all around." The video shows the same individual jumping from an unknown location (not in Yosemite National Park). It

appears to be the same individual as the one in the Glacier Point video, with the same helmet, long hair and facial hair. The individual is also wearing the same, Pressurized Tube5, skydiving suit as the suit is dark blue with a light grey right arm. The individual also uses the same Atair BASE canopy as the individual in the Glacier Point video.

13. I identified the individual in the Glacier Point BASE jumping video through his California driver's license photo as PROPECK. His California Driver's license was issued on October 23rd, 2025.

14. On October 18th 2025 I requested an FBI NCIC offline Hyper Search for PROPECK. The search results indicated that PROPECK was contacted on September 22, 2025, by an officer in Yolo County California. During that contact PROPECK was associated with a vehicle displaying California license plate 6JZT179. That license plate is registered to a silver 2009 Smart car. That license plate was detected entering Yosemite National Park at Big Oak Flat entrance on October 7th 2025 at approximately 12:26PM and exiting Big Oak Flat entrance at approximately 10:34AM on October 8th 2025. The photos from Yosemite's license plate reader (LPR) system show PROPECK driving the silver Smart car. In the photos PROPECK is also wearing the same purple mirrored sunglasses as the individual in the BASE jumping video.

15. On October 20th, 2025, I contacted PROPECK on the phone to discuss the video. PROPECK stated that it was not him in the video and that he just posts cool videos to his page. I stated that the video had his face in it. PROPECK stated that he uses Artificial Intelligence (AI) to superimpose his face onto the video. PROPECK questioned why I was wasting my time with

this case. PROPECK stated there is currently a court case to make base jumping legal in Yosemite.

16. There is no evidence to suggest that AI was used to make or alter the video. The video is also consistent with other videos PROPECK has posted on his Instagram account of him BASE jumping.

## CONCLUSION

Based on the forgoing facts of this affidavit, I believe probable cause exists for the issuance of a summons to appear for Jack Matthew Propeck for using a parachute to deliver a person within Yosemite National Park.

Respectfully submitted,

*[signature]*

Cody Hays
United States Park Ranger
National Park Service
December 8th 2025

Sworn to me in accordance with Fed.R.Crim.P. 4.1:

*[signature]*

The Honorable Helena M. Barch-Kuchta
United States Magistrate Judge
December 12, 2025

Approved as to form by:

*[signature]*

Briana M. Vollmer
Acting Law Enforcement Specialist
December 9, 2025