## Patricia Apodaca

| | |
|---|---|
| **From:** | Jack Propeck <Propeckjack@gmail.com> |
| **Sent:** | Wednesday, January 21, 2026 5:11 PM |
| **To:** | CAEDml_FRS-CVB; Sean O. Anderson; Kara Ottervanger - FDO |
| **Subject:** | REQUEST TO CONTINUE CASE |

CAUTION - EXTERNAL:

The following request to continue case has been made:

Submission request was made on:
1/21/2026 5:01:22 PM

Full Name:
Jack Propeck

Violation Notice Case Number (s):
6:25-mj-00056-HBK

Original Hearing Date:
2/3/2026

Selected Hearing Date:
4/7/2026 at 9:00am

Reason for Continuation:
Summons was sent to old address. I was in Utah on Dec 15. I am out of The States until March 30th.

Last 4 Digits of Social Security Number:
7194

Address:
5 Sanctuary Lane
Mission viejo, CA 92692

Email Address:
Propeckjack@gmail.com

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.