UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACK MATTHEW PROPECK,<br><br>Defendant. | Case No. 6:25-mj-00056-HBK<br><br>ORDER GRANTING MOTION FOR CONTINUANCE<br><br>(Doc. 3) |

On January 21, 2026, defendant filed[1] a motion requesting to continue his initial appearance/arraignment scheduled for February 3, 2026 to April 7, 2026. (Doc. 3). Plaintiff states he needs a continuance because he is "out of the states" until March 30. (*Id*.). Plaintiff advises that the summons was delivered to his previous address and provides his updated address. (*Id*.).

On December 12, 2025, the government charged Plaintiff by criminal complaint with a violation of 36 C.F.R. § 2.17(a)(3)- Delivering or Retrieving a Person or Object by Parachute, Helicopter, or other Airborne Means, Except in Emergencies Involving Public Safety or Serious Property Loss, or Pursuant to the Terms and Conditions of a Permit. (Doc. 1). On December 12, 2025, the court issued a summons and scheduled defendant's initial appearance/arraignment on the complaint for February 3, 2026 at 10:00 A.M. (Doc. 2).

---

[1] Plaintiff completed the court's online form requesting a continuance and submitted his request via email.

This is defendant's first request for a continuance. (*See* docket). The court finds good cause to grant defendant's motion.

Accordingly, it is ORDERED:

1. Plaintiff's motion to continue (Doc. No. 3) is GRANTED.
2. The Court CONTINUES defendant's initial appearance/arraignment currently scheduled for Tuesday, February 3, 2026 at 10:00 A.M. to **Tuesday, April 7, 2026 at 1:00 P.M.**
3. The Clerk shall update the docket to reflect Defendant's current address of record as provided in defendant's motion.
4. The Clerk shall provide a copy of this Order by mail and email to defendant, who is not a CMECF participant.

Dated:   January 21, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE