HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JACK PROPECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK PROPECK,<br><br>Defendant. | Case No. 6:25-MJ-00056-HBK<br><br>***UNOPPOSED* MOTION TO CONTINUE BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Date:    July 21, 2026 |

Defendant Jack Propeck, through counsel, moves to continue the pre-trial briefing schedule by one week.  The parties have conferred, and the government does not oppose this request.

On July 7, 2026, this Court held a status conference and scheduled a bench trial for October 5, 2026.  This Court also set a briefing schedule, requiring motions to be filed within fourteen days, any response within seven days of the motion, and any reply within seven days of the response.  ECF No. 13.

Mr. Propeck respectfully requests that the briefing schedule be continued by seven days, making the initial motion due on July 28, 2026, with a response due on or before August 4, 2026, and with a reply due on or before August 11, 2026.  Undersigned counsel is on travel for a work training, and a brief continuance would best ensure effective representation.  The government does not oppose a one-week continuance of all pre-trial motion deadlines.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 20, 2026

*/s/ Lisa N. Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
JACK PROPECK

**[PROPOSED] O R D E R**

**IT IS SO ORDERED.** The pre-trial motions deadline currently scheduled for July 21, 2026, with a response due on or before July 28, 2026, and with a reply due on or before August 4, 2026 is hereby continued to July 28, 2026, with a response due on or before August 4, 2026, and with a reply due on or before August 11, 2026.

Date: _____

_____
**Hon. Helena M. Barch-Kuchta**
United States Magistrate Judge