# DECLARATION

I, Jonathan McKinney, declare as follows:

1. I am a Certified Legal Intern with the Office of the Federal Defender for the Eastern District of California.

2. As a certified law student, I am permitted to appear on behalf of the Office of the Federal Defender subject to the requirements outlined under Local Rule 181 for the Eastern District of California.

3. On June 17, 2026, I appeared for an initial appearance in *United States v. Mark Young*, 6:26-mj-00025-HBK. The government was represented by an NPS Rule 180 representative.

4. When appearing at the virtual hearing, I could see that counsel for the government was dressed in an NPS law enforcement uniform.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

July 28, 2026

Jonathan McKinney