# DECLARATION

I, Vincent Lee, declare as follows:

1. I am an Investigator with the Office of the Federal Defender for the Eastern District of California. I have been employed with this office since March 30, 2009.

2. In my capacity as an Investigator, I lead investigations in defense of individuals facing criminal charges within the Eastern District of California.

3. As part of my job, I often serve subpoenas issued under seal on individuals ordered to testify in proceedings within the Eastern District of California. In this role, I have worked on numerous misdemeanor cases arising out of Yosemite National Park.

4. National Park Service rangers are the law enforcement officers policing Yosemite National Park. During the 17 years I have spent investigating and serving subpoenas, I have developed a general system of effectuating service with the law enforcement rangers. As an alternative to serving a subpoena at a law enforcement ranger's residence, Supervisory Park Ranger Ian Rippetoe suggested emailing a copy of the court-issued subpoena to the supervisory ranger's government email and contacting the ranger office to confirm who the supervisory ranger is on the date of attempted service.

5. On Wednesday, June 24, 2026, I worked to serve a subpoena on a NPS law enforcement ranger working in Yosemite National Park. In speaking with Supervisory Park Ranger Kyle Smith on the phone, he asked that I copy the NPS law enforcement email address when sending a copy of the subpoena. He also stated I could email subpoenas to the law enforcement office email address moving forward. I summarized this phone call discussion in an email to my colleagues working on that case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

July 15, 2026

Vincent Lee