ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4080
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>JACK PROPECK,<br><br>                Defendant. | CASE NO.  6:25-MJ-00056-HBK<br><br>DECLARATION OF LAW ENFORCMENT SPECIALIST BRIANA VOLLMER |

I, Briana Vollmer, declare under the penalty of perjury that:

1.  I have worked as a United States Park Ranger in Yosemite National Park since April 2020. I have worked as a U.S. Park Ranger since 2016. I have also worked at other parks including Mount Rainer National Park, Saguaro National Park, and Glacier National Park. I have been qualified as a "Rule 180" under the local rules for the Eastern District of California since 2020.

2.  I currently serve as Law Enforcement Specialist, a Supervisory Ranger, for Yosemite National Park.  I have served in that role since March 9, 2025.

3.  On June 17, 2026, I appeared on behalf of the United States for an initial appearance in *United States v. Mark Young*, 6:26-mj-00025-HBK, by Zoom before United States Magistrate Judge Helena M. Barch-Kuchta.

1

4. This initial appearance was held after the arrest of the defendant.  As such, it was not a court hearing that was planned with advanced notice.

5. I appeared for the hearing while on duty as a Supervisory Ranger in Yosemite National Park. Additionally, I was scheduled to complete a firearms qualification on that day.  Both responsibilities required me to be in full uniform.

6. I do not recall defense counsel lodging an objection to my appearance in a law enforcement uniform.

7. Appearing in uniform for initial appearances pursuant to arrests had been previously discussed and approved by Assistant United States Attorney ("AUSA") Arin Heinz, the Misdemeanor Coordinator at the time.  The current Misdemeanor Coordinator, AUSA Joshua Banister approved of this same policy and did not require any deviations from it.

8. I do not recall any Yosemite Rangers appearing on behalf of the United States under Local Rule 180 in full uniform for criminal calendars or Central Violations Bureau calendars in the past two years.

9. I have been responsible for producing discovery in numerous cases since September 2024. After becoming the Acting Law Enforcement Specialist, I formalized our discovery process in consultation with AUSA Heinz. We have a routine process that includes notifying the involved officers of the discovery order, locating records and digital evidence from multiple sources, combining documents and bates stamping them.  Any supplemental discovery is produced in the same fashion.  Defense has never formally objected to this procedure and has consistently confirmed receipt via email.  Paralegal Specialist Julie Butler, with the Federal Defender's Office, has not typically been included in the discovery emails for misdemeanor cases.  I do not recall Defense counsel asking us to do so. This process has been utilized in approximately 160 cases.  This process was utilized for *United States v. John Anthony O'Brien,* 6:25-mj-00015-HBK.  As the Misdemeanor Coordinator, AUSA Banister was aware of this process and approved it.

DATED: August 4, 2026

2

BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)