**From:**          Banister, Joshua (USACAE)

---

Hi Lisa,

I don't normally come over the top of the 180s but as I took the lead to offer the current deal and blessed off on the PA language, I'm responding to this first as I just saw your email. The language stays as is in the PA we provided. That PA represents the final firm offer from the government.

**BY THE AUSA'S OWN ADMISSION, THIS EMAIL SHOWS IT IS EXCEPTIONAL FOR THE USAO TO INVOLVE ITSELF IN YNP MISDEMEANOR CASES BY TAKING LEAD IN PROSECUTORIAL RESPONSIBILITIES LIKE PLEA OFFERS, OR OVERRIDING RULE 180 NPS REPRESENTATIVES.**