HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PETER McGUIRE, Bar #298869
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
JACK MATTHEW PROPECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>JACK MATTHEW PROPECK,<br>*Defendant.* | Case No. 6:25-mj-00056-HBK<br>**APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for JACK MATTHEW PROPECK, and designate counsel for service as follows:

PETER McGUIRE
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: September 15, 2026

/s/ Peter McGuire
PETER McGUIRE
Assistant Federal Defender
Attorney for Defendant
Jack Matthew Propeck