*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1

Exhibit A – Emails Regarding Plea

PLACEHOLDER

**From:** NPS YOSE Legal Office
**To:** Lisa Lumeya; Banister, Joshua (USACAE)
**Cc:** Daly, Brendan (USACAE); Jonathan McKinney
**Subject:** Re: [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)
**Date:** Wednesday, July 1, 2026 9:56:44 AM
**Attachments:** Propeck_J_ Plea agreement.pdf

---

Hi Lisa,
Attached is an updated plea agreement based on our previous conversation.

Thank you

Christopher Dell Isola
US Park Ranger (Rule 180)
Legal Office
Yosemite National Park
[redacted]

---

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Wednesday, June 24, 2026 2:34 PM
**To:** Lisa Lumeya [redacted] Banister, Joshua (USACAE) [redacted]
**Cc:** Daly, Brendan (USACAE) [redacted] Jonathan McKinney
[redacted]
**Subject:** Re: [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)

Hi all,

Lisa and I spoke yesterday and I agreed to reduce the recommendation by the government from 24 months unsupervised probation to 18 months unsupervised probation. It is my belief that this is a fair concession when taking into account the defendants lack of criminal history. However, I do not believe that a lack of criminal history alone begets an inconsistently light sentencing recommendation.

I reviewed the cases [redacted]

[redacted] plead guilty at his IA an immediately showed remorse and accepted responsibility.

Based on the reports for this case, Mr. Propeck allegedly posted the video of him on social media, hung up the phone on Rangers trying to interview him then told them not to call him again when they called back, claimed the video of him base jumping was AI generated and refused to provide a mailing address for the citation. I have yet to see any evidence of Mr.

Propeck accepting responsibility or showing remorse.

I believe that our recommendation is a fair one considering Mr. Propeck's demeanor on the case. After reading into all of these cases, I actually think the offer to lower our recommendation to 18 months is much more than fair. Had I known off of the top of my head exactly what [redacted] had received as a sentence, I would not have offered to reduce it.

I will honor the reduction we spoke about over the phone but that is going to remain the government's position on the matter. Should Mr. Propeck agree to sign the agreement, sentencing arguments can be made before the court and the agreement will be changed to reflect that.

Thank you

Christopher Dell Isola
US Park Ranger (Rule 180)
Legal Office
Yosemite National Park
[redacted]

---

**From:** Lisa Lumeya [redacted]
**Sent:** Wednesday, June 24, 2026 1:05 PM
**To:** Banister, Joshua (USACAE) [redacted] NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Cc:** Daly, Brendan (USACAE) [redacted] Jonathan McKinney [redacted]
**Subject:** [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

That was my understanding but hoped to confirm before bringing it back to him.

Thanks,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California

2300 Tulare St., Suite 330
Fresno, CA 93721
[redacted]

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Banister, Joshua (USACAE) [redacted]
**Sent:** Wednesday, June 24, 2026 1:02 PM
**To:** Lisa Lumeya [redacted] NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Cc:** Daly, Brendan (USACAE) [redacted] Jonathan McKinney [redacted]
**Subject:** Re: Plea offer: Propeck (6:25-mj-56)

Hi Lisa,

What did Chris say his understanding was? If he said 18 months then that's the position.

---

**From:** Lisa Lumeya [redacted]
**Sent:** Wednesday, June 24, 2026 12:55:09 PM
**To:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Cc:** Banister, Joshua (USACAE) [redacted] Daly, Brendan (USACAE) [redacted] Jonathan McKinney [redacted]
**Subject:** [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)

Hi all,

Just following up on yesterday's conversation regarding this case. In speaking with Chris, we discussed that [redacted] My understanding was the government would be willing to come down to 18m without additional changes. Please let me know my understanding is correct, or if there's room to meet in the middle on lowering probation and/or lowering the fine on Mr. Propeck's sole conviction, and I'll discuss with him for a potential July resolution.

Sincerely,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
[redacted]

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Friday, May 29, 2026 11:07 AM
**To:** Lisa Lumeya [redacted]
**Cc:** Banister, Joshua (USACAE) [redacted]; [redacted]
**Subject:** Plea offer: Propeck (6:25-mj-56)

Hi Lisa,
Here's another plea agreement, drafted by Chris, for Jack Propeck's case. We'd like a response on this by June 23. Thank you.

Brie Vollmer
Legal Office
Yosemite National Park
[redacted]