*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1

Exhibit B – Declaration of Sean O. Anderson

PLACEHOLDER

# DECLARATION

I, Sean O. Anderson, declare as follows:

1. I was a Legal Officer at the Yosemite Legal Office between November 2019 and September 2024. I was employed by the National Park Service ("NPS") and reported to the NPS Legal Enforcement Specialist.

2. As a Legal Officer, I prosecuted cases pursuant to Eastern District of California, Local Rule 180(b)(4). To be designated under Rule 180, I completed a 4-hour legal training course administered by the United States Attorney's Office ("USAO") every two years. This general training covered topics such as the probable cause legal standard and differences between misdemeanor classifications.

3. The USAO vested its authority in the Yosemite Legal Office, and I had full authority to prosecute misdemeanor cases in Yosemite.

4. In this role, I independently determined, drafted, and negotiated plea offers. The USAO was available to consult with if needed, but I was authorized to extend plea offers and negotiate terms within the statutory maximum punishment that I found fair and equitable without any consultation.

5. Absent any issues being raised by the Court, I did not have to follow any internal guidelines or seek authorization from the USAO before negotiating or arguing for sentencing terms within the statutory maximum. This included arguing for jail time if the underlying facts warranted a custodial sentence.

6. The majority of cases during my tenure were charged through violation notice. The Yosemite Legal Office was responsible for conducting an internal review of the violation notices to eliminate and address legal deficiencies. The Yosemite Legal Office independently reviewed citations and I determined which would proceed, and dismissed those that lacked probable cause. The USAO gave me full authority to do so as the Legal Officer, and I was not required to seek approval in making these decisions.

7. Some Yosemite cases were charged through criminal complaint. The Yosemite Legal Office largely managed the substance of the complaint review process which included exercising discretion to decide which potential charges would be brought.

8. Active law enforcement rangers who arrested the individuals charged would often advocate for the legal office to bring more charges than the legal office found appropriate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

DATED: September 29, 2026

/s/
SEAN O. ANDERSON