*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1 Exhibit

C – USAO- NPS Certificates

PLACEHOLDER

*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1

Exhibit C-1 – USAO- NPS Certificate of Briana Vollmer

PLACEHOLDER

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

Robert E. Coyle
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Phone 559/ 497-4000
Fax 559/ 497-4099
TTD 559/ 497-4500

# CERTIFICATE OF TRAINING UNDER LOCAL RULE 180

This is to certify that on April 21, 2026, at Yosemite, California,

**BRIANA VOLLMER**
Yosemite National Park

completed a four-hour Rule 180/SAUSA training course from the United States Attorney's Office. The above-named individual has been assigned by the employing federal agency or department to appear as a prosecutor on its behalf and will be supervised, within the meaning of Local Rule 180(b)(4)(A)(ii), by the United States Attorney's Office with respect to such prosecutions.

Executed in Fresno, California this 22nd day of April, 2026.

JOSHUA B. BANISTER
Assistant U.S. Attorney

**Exhibit C-1**

*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1

Exhibit C-2 – USAO- NPS Certificate of Nancy Phillipe

PLACEHOLDER

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

Robert E. Coyle
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Phone 559/ 497-4000
Fax 559/ 497-4099
TTD 559/ 497-4500

# CERTIFICATE OF TRAINING UNDER LOCAL RULE 180

This is to certify that on April 21, 2026, at Yosemite, California,

**NANCY PHILLIPE**
Yosemite National Park

completed a four-hour Rule 180/SAUSA training course from the United States Attorney's Office. The above-named individual has been assigned by the employing federal agency or department to appear as a prosecutor on its behalf and will be supervised, within the meaning of Local Rule 180(b)(4)(A)(ii), by the United States Attorney's Office with respect to such prosecutions.

Executed in Fresno, California this 22nd day of April, 2026.

JOSHUA B. BANISTER
Assistant U.S. Attorney

*United States v. Jack Matthew Propeck*

Case No. 6:25-mj-00056-HBK-1

Exhibit C-3 – USAO- NPS Certificate of Christopher Dell Isola

PLACEHOLDER

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

Robert E. Coyle
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721

Phone 559/ 497-4000
Fax 559/ 497-4099
TTD 559/ 497-4500

# CERTIFICATE OF TRAINING UNDER LOCAL RULE 180

This is to certify that on April 21, 2026, at Yosemite, California,

**CHRIS DELL ISOLA**
Yosemite National Park

completed a four-hour Rule 180/SAUSA training course from the United States Attorney's Office. The above-named individual has been assigned by the employing federal agency or department to appear as a prosecutor on its behalf and will be supervised, within the meaning of Local Rule 180(b)(4)(A)(ii), by the United States Attorney's Office with respect to such prosecutions.

Executed in Fresno, California this 22nd day of April, 2026.

JOSHUA B. BANISTER
Assistant U.S. Attorney