ERIC GRANT
United States Attorney
BRENDAN DALY
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACK MATTHEW PROPECK,<br>Defendants. | CASE NO. 6:25-MJ-00056-HBK<br><br>**THE UNITIED STATES' EXHIBIT LIST**<br><br>DATE October 19, 2026<br>TIME: 1:00 p.m.<br>COURT: Hon. Helena M. Barch-Kuchta |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. ("AIE" = admit in evidence/no objection; "OF" = objection to foundation, "OO" = other objection):

| **EXHIBIT NO.** | **DESCRIPTION** | **AIE** | **OF** | **OO** |
|---|---|---|---|---|
| 1 | Bates No. PROPECK_J_000155<br>Browser Tab Capture 2025-10-14 16:51.webm<br>*Screen Capture of BASE Jumping Video on Instagram* | | | |
| 2 | Bates No. PROPECK_J_000147<br>LPR 6Jzt179.png<br>*License plate captures* | | | |
| 3 | Bates No. PROPECK_J_000148<br>PROPECK LPR camera.png<br>*Still from license plate capture: Defendant operating vehicle in park* | | | |
| 4 | Bates No. PROPECK_J_000149<br>PROPECK LPR Camera close up.png<br>*Close up still from license plate capture: Defendant operating vehicle in park* | | | |

| | | | | |
|---|---|---|---|---|
| 5 | Bates No. PROPECK_J_000146<br>PROPECK CA Driver's license<br>*Defendant Driver's License Photo* | | | |
| 6 | Bates No. PROPECK_J_000154<br>Browser Tab Capture 2025-10-20 09:37.webm<br>*Screen Capture of Defendant's Facebook Page* | | | |

**ADDITIONAL EXHIBIT DURING TRIAL**

Leave is respectfully requested to include such other and additional exhibit as may become appropriate during the trial.

DATED: October 5, 2026

Respectfully Submitted,

ERIC GRANT
United States Attorney

*/s/ Brendan Daly*
BRENDAN DALY
Assistant United States Attorney

*/s/ Briana M. Vollmer*
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)