ERIC GRANT
United States Attorney
BRENDAN DALY
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACK MATTHEW PROPECK,

Defendants.

CASE NO. 6:25-MJ-00056-HBK

**THE UNITIED STATES' WITNESS LIST**

DATE October 19, 2026
TIME: 1:00 p.m.
COURT: Hon. Helena M. Barch-Kuchta

The United States, by and through its undersigned counsel, respectfully submits the following list of witnesses it may call in its case-in-chief.

| | **NAME** | **TITLE** |
|---|---|---|
| 1 | Cody Hays | US Park Ranger, Yosemite National Park |
| 2 | Ansley Singer | Management Analyst, Yosemite National Park |

DATED: October 5, 2026

Respectfully Submitted,

ERIC GRANT
United States Attorney

*/s/ Brendan Daly*
BRENDAN DALY
Assistant United States Attorney

*/s/ Briana M Vollmer*
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)