**From:** Lisa Lumeya
**To:** Banister, Joshua (USACAE); NPS YOSE Legal Office
**Cc:** Daly, Brendan (USACAE); Jonathan McKinney
**Subject:** [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)
**Date:** Wednesday, June 24, 2026 1:05:59 PM

---

That was my understanding but hoped to confirm before bringing it back to him.

Thanks,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
[redacted]

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Banister, Joshua (USACAE) [redacted]
**Sent:** Wednesday, June 24, 2026 1:02 PM
**To:** Lisa Lumeya [redacted]>; NPS YOSE Legal Office [redacted]
**Cc:** Daly, Brendan (USACAE) [redacted]>; Jonathan McKinney [redacted]
**Subject:** Re: Plea offer: Propeck (6:25-mj-56)

Hi Lisa,

What did Chris say his understanding was? If he said 18 months then that's the position.

---

**From:** Lisa Lumeya [redacted]
**Sent:** Wednesday, June 24, 2026 12:55:09 PM
**To:** NPS YOSE Legal Office [redacted]
**Cc:** Banister, Joshua (USACAE) [redacted]>; Daly, Brendan (USACAE) [redacted]>; Jonathan McKinney [redacted] -
**Subject:** [EXTERNAL] RE: Plea offer: Propeck (6:25-mj-56)

Hi all,

Just following up on yesterday's conversation regarding this case. In speaking with Chris, we discussed that Mr. Propeck would accept the social media condition + park ban if we could agree on a lower probation (~9-12m), or lower fine, in light of his lack of history and in looking to other BASE sentences. My understanding was the government would be willing to come down to 18m without additional changes. Please let me know my understanding is correct, or if there's room to meet in the middle on lowering probation and/or lowering the fine on Mr. Propeck's sole conviction, and I'll discuss with him for a potential July resolution.

Sincerely,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
[redacted]

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** NPS YOSE Legal Office [redacted]
**Sent:** Friday, May 29, 2026 11:07 AM
**To:** Lisa Lumeya <[redacted]
**Cc:** Banister, Joshua (USACAE) <[redacted]
**Subject:** Plea offer: Propeck (6:25-mj-56)

Hi Lisa,
Here's another plea agreement, drafted by Chris, for Jack Propeck's case. We'd like a response on this by June 23. Thank you.

Brie Vollmer
Legal Office
Yosemite National Park
[redacted]