ERIC GRANT
United States Attorney
BRENDAN DALY
Assistant United States Attorney
MISDEMEANOR UNIT
CHRISTOPHER DELL ISOLA
US Park Ranger (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACK PROPECK,<br>Defendant. | Case No. 6:26-mj-00056-HBK<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL AND MOVE CASE<br><br>Date: October 19, 2026<br>Time: 10:00 A.M.<br>Court: Hon. Helena M. Barch-Kuchta |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant hereby stipulate as follows:

1. By this stipulation, the parties jointly request to vacate this trial and move trial to a future date at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park. The prosecution has recently communicated a revised plea offer, and renewed plea discussions have impacted the trial briefing schedule as currently scheduled. The defense does not object to a short continuance in this matter to determine whether the case will settle. Additionally, the defense anticipates filing a separate motion to vacate the trial pending the Court's ruling on the pending pretrial motion.

IT IS SO STIPULATED.

DATED: October 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/*Brendan Daly*
BRENDAN DALY
Assistant United States Attorney

**O R D E R**

Pursuant to the parties' stipulation and the grounds stated therein, the Court will vacate the trial and move this case and set plea and sentencing for December 9, 2026, at 10:00 A.M. before the Hon. Helena M. Barch-Kuchta at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.

IT IS SO ORDERED.

DATED: October _____, 2026

HON. HELENA BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE