HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
PETER MCGUIRE, CA BAR #298869
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JACK M. PROPECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACK M. PROPECK,<br>Defendant. | Case No. 6:25-mj-00056-HBK<br>**MOTION TO VACATE BENCH TRIAL PENDING RULING ON MOTION TO RECONSIDER ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY NATIONAL PARK SERVICE; [PROPOSED] ORDER**<br>Date: October 19, 2026<br>Judge: Hon. Helena Barch-Kuchta |

Mr. Propeck, by and through his counsel of record, Assistant Federal Defenders Lisa N. Lumeya and Peter McGuire, hereby moves this Court to vacate the bench trial scheduled for October 19, 2026, ECF No. 24.

On October 2, 2026, Mr. Propeck filed a motion requesting that this Court reconsider its September 15, 2026, Order Denying Defendant's Motion to Disqualify the National Park Service, ECF No. 22. Under Local Rule 430.1(f), the government filed its response on October 8, 2026, ECF No. 27, and Mr. Propeck filed a reply on October 13, 2026, ECF No. 29. The motion is now fully briefed and pending before this Court.

Due to the nature of Mr. Propeck's challenge, the Court's ruling will directly impact the proceedings as it will determine who is authorized to exercise prosecutorial authority in conducting the trial. National Park Service representatives have previously conducted trials under Local Rule

180(b)(4)[1] and Mr. Propeck's challenge to this practice is pending before this Court. In addition, a separate legal challenge to this practice is pending appeal before the District Court and could impact the instant case. *See United States v. Anderson*, 1:26-cr-00173-JLT, ECF No. 1 (E.D. Cal. Sept. 29, 2026). The Court's ruling will thus determine which actors within the federal government may prepare and question witnesses, evaluate evidentiary issues, and present arguments on behalf of the United States.

Given the impact that this Court's findings will have on the proceedings in this case, Mr. Propeck requests that this Court vacate the October 19, 2026, bench trial pending the Court's ruling.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2026

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
PETER MCGUIRE
Assistant Federal Defenders
Attorneys for Defendant
JACK M. PROPECK

---

[1] As confirmed at a recent bench trial conducted by active law enforcement officers employed by the National Park Service, none of the government's witnesses had contact with an AUSA or DOJ employee, and their government communication was limited to NPS representatives. *United States v. O'Brien*, 6:25-mj-00015-HBK, ECF No. 27, Trial Transcript at 20–21, 41–42, 82–83, 104 (E.D. Cal. June 29, 2026).*United States v. O'Brien*, 6:25-mj-00015-HBK, ECF No. 27 (E.D. Cal. June 29, 2026)

**[PROPOSED] O R D E R**

For good cause shown, Mr. Propeck's bench trial scheduled for October 19, 2026, is hereby vacated pending this Court's ruling on the Motion to Reconsider the Order Denying Defendant's Motion to Disqualify the National Park Service, ECF No. 22.

**IT IS SO ORDERED.**

DATED: October __, 2026

________________________________
Hon. Helena Barch-Kuchta
United States Magistrate Judge