ERIC GRANT
United States Attorney
BRENDAN DALY
Assistant United States Attorney
MISDEMEANOR UNIT
CHRISTOPHER DELL ISOLA
US Park Ranger (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACK MATTHEW PROPECK,<br>Defendant. | Case No. 6:25-MJ-000056-HBK<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Eric Grant, United States Attorney, and Brendan Daly, Assistant United States Attorney, and Christopher Dell Isola, US Park Ranger, hereby move to dismiss Case No. 6:25-mj-00056-HBK against JACK MATTHEW PROPECK without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 15, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

_/s/ Brendan Daly_
BRENDAN DALY
Assistant United State Attorney

By: _/s/ Christopher Dell Isola_
CHRISTOPHER DELL ISOLA
US Park Ranger (Rule 180)

**O R D E R**

IT IS HEREBY ORDERED that Case No. 6:25-mj-00056-HBK against JACK MATTHEW PROPECK is dismissed, without prejudice, in the interest of justice.

DATED: October _____, 2026

_______________________________
HON. HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE