HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
PETER McGUIRE, Cal. Bar no. 298869
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Peter_McGuire@fd.org

Counsel for Defendant
JACK PROPECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>JACK PROPECK,<br>*Defendant.* | Case No. 6:25-mj-00056-HBK<br><br>STATEMENT OF NON-OPPOSITION |

On October 15, 2026, the government moved to dismiss pending case against Jack Propeck under Federal Rule of Criminal Procedure 48(a). Mr. Propeck does not oppose the motion to dismiss.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

Date: October 16, 2026

/s/ Peter McGuire
Peter McGuire
Assistant Federal Defender
Attorney for Defendant
Jack Propeck